UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ISRAEL VALADEZ HERNANDEZ | § | |
|     *Plaintiff,* | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO._____ |
| | § | |
| ERIC RAYON HOOKS, INDIVIDUALLY AND | § | |
| ERIC RAYON HOOKS DBA HOOKS | § | |
| TRANSPORTATION | § | |
|     *Defendant.* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C.A. §§ 1332 and 1446, Defendant **ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION** (hereinafter "Defendant") ives notice to this Court of the removal of the case styled *Israel Valadez Hernandez v. Eric Rayon Hooks, Individually and Eric Rayon Hooks dba Hooks Transportation,* Cause No. 15-02-00028-CVL in the 218th Judicial District Court of La Salle County, Texas, to the United States District Court for the Southern District of Texas, Laredo Division, and would respectfully show as follows:

### I. NATURE OF THE CASE

1.    This case relates to alleged personal injury damages that Plaintiff **ISRAEL VALADEZ HERNANDEZ** claims to have suffered in a motor vehicle accident with Defendant on or about February 23, 2013.

### II. PROCEDURAL HISTORY

2.    Plaintiff filed this suit on February 25, 2015, in the 218th Judicial District Court of La Salle County, Texas. Plaintiff filed an amended petition on April 30, 2015, in the 218th Judicial District Court of La Salle County, Texas. Plaintiff's Amended Petition seeks monetary

1

damages in excess of $75,000, specifically seeking relief of over $200,000 but not more than $1,000,000, costs of court, and pre- and post-judgment interest. Plaintiff's Amended Petition was filed on April 30, 2015 within one (1) year from the commencement of this case on February 25, 2015.

3.      According to the Amended Affidavit of Service filed with the state court, Citation and Plaintiff's Original Petition with Jury Demand and Request for Disclosure was served on the Texas Transportation Commission on March 9, 2015. Defendant personally received service of process by mail on March 16, 2015.

4.      Defendant answered the suit on March 27, 2015.

### III. REMOVAL BASED ON DIVERSITY JURISDICTION

5.      Defendant files this Notice of Removal pursuant to 28 U.S.C § 1446 to remove this case to the U.S. District Court for the Southern District of Texas, Laredo Division, because it falls within this Court's diversity subject-matter jurisdiction under 28 U.S.C. § 1332.

6.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) and § 1446(c). Plaintiff served the Texas Transportation Commission on March 26, 2014 and Defendant first received service of the suit and citation on April 1, 2014. Plaintiff filed their Amended Petition on April 30, 2015 within one (1) year from the commencement of this case. Thus, under 28 U.S.C. § 1446(b) and § 1446(c), this Notice of Removal is, therefore, within the deadline established under federal law.

7.      Removal is proper because there is complete diversity between Plaintiff and Defendant, in accordance with 28 U.S.C. § 1332(a), as follows:

    a)  Plaintiff is a citizen of Texas.

    b)  Defendant is a citizen of California.

2

c) The amount in controversy exceeds $75,000, excluding interest, costs and attorneys' fees. *See* 28 U.S.C. § 1332(a).

## IV. <u>Venue</u>

8.     Venue of this action is proper in the Southern District of Texas, Laredo Division, because the state court suit is pending in La Salle County, Texas. 28 U.S.C.A. §1441(a).

## V. <u>Jury Demand</u>

9.     Plaintiff demanded a jury in the state court.

## VI. <u>No Waiver</u>

10.     By virtue of this Notice, Defendant does not waive his right to assert any claims, pleas, or motions, including, if any, pleas in abatement, motions to compel, or motions permitted by Rule 12 of the Federal Rules of Civil Procedure.

## VII. <u>Defendant Has Met All Requirements for Removal</u>

11.     Defendant has complied with the applicable provisions of 28 U.S.C.A. §1441 *et seq.*, the applicable Federal Rules of Civil Procedure, and the Local Rules in this District. Defendant attaches those materials required to be filed upon removal in accordance with Rule 81 of the Local Rules of the United States District Court, Southern District of Texas. Additionally, the filing fee of $400.00 has been tendered to the Clerk of the United States District Court for the Southern District of Texas, Laredo Division.

## VIII. <u>Attachments</u>

12.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, Defendant attaches the following documents:

Index of matters being filed.                                    Exhibit "A"

All executed process in the case.                           Exhibit "B"

3

| | |
|---|---|
| Copy of pleadings asserting causes of action, e.g., petitions, counter-claims, Cross-actions, third-party actions, interventions and all answers to such pleadings. | Exhibit "C" |
| All Orders signed by the state judge | None |
| Copy of the State Court Docket Sheet | None |
| A list of all counsel of record, including addresses, telephone numbers and parties represented. | Exhibit "D" |
| Copy of the Notice to State Court of Removal to Federal Court | Exhibit "E" |

## IX. NOTICE TO STATE COURT

13.     Pursuant to 28 U.S.C. § 1446(d), Defendant shall promptly serve a copy of this Notice of Removal on Plaintiff and shall promptly file a copy of this Notice of Removal with the Clerk of the 218th Judicial District Court of La Salle County, Texas.  A copy of the "Notice to State Court of Removal to Federal Court" that will be filed with the District Clerk of LaSalle County, Texas, Texas is attached as Exhibit "F".

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION prays that this Honorable Court take full jurisdiction of this action as if it had been originally filed in this Court to the exclusion of any further proceedings in the state court, in accordance with law, and for any such other or further relief to which Defendant may show himself justly entitled.

4

Respectfully submitted,

LAW OFFICE OF MARK E. MACIAS

1100 NORTHWEST LOOP 410, SUITE 370
SAN ANTONIO, TX  78213-2200
(210) 949-0166
(855) 949-1338 FACSIMILE

/s/ Michael J. Urbis

_____

MICHAEL J. URBIS
State Bar No. 20414130
urbism1@nationwide.com

ATTORNEY FOR DEFENDANT
**ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC
RAYON HOOKS DBA HOOKS TRANSPORTATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following in accordance with the Federal Rules of Civil Procedure on the _____ day of May, 2015.

**_Electronically & Facsimile Transmission:210-558-4804_**
Wallace M. Brylak, Jr.
BRYLAK & ASSOCIATES, L.L.C.
15900 La Cantera Parkway, Suite 19245
San Antonio, TX  78256
210.733.5533
210.558.4804 Facsimile
wbrylak@brylaklaw.com
*Attorney for Plaintiff*

/s/ Michael J. Urbis

_____

MICHAEL J. URBIS

# EXHIBIT 'A'

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ISRAEL VALADEZ HERNANDEZ | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO._____ |
| | § | |
| ERIC RAYON HOOKS, INDIVIDUALLY AND | § | |
| ERIC RAYON HOOKS DBA HOOKS | § | |
| TRANSPORTATION | § | |
| *Defendant.* | § | |

### INDEX OF MATTERS BEING FILED

| | |
|---|---|
| Index of matters being filed. | Exhibit "A" |
| All executed process in the case. | Exhibit "B" |
| Copy of pleadings asserting causes of action, e.g., petitions, counter-claims, Cross-actions, third-party actions, interventions and all answers to such pleadings. | Exhibit "C" |
| All Orders signed by the state judge | NONE |
| Copy of the State Court Docket Sheet | NONE |
| A list of all counsel of record, including addresses, telephone numbers and parties represented. | Exhibit "D" |
| Copy of the Notice to State Court of Removal to Federal Court | Exhibit "E" |

# EXHIBIT 'B'

USPS.com® - USPS Tracking™

English      Customer Service      USPS Mobile                                    Register / Sign in

# ⯈USPS.COM·

## USPS Tracking™

✉ Customer Service ›
Have questions? We're here to help.

Tracking Number: 70141200000212479554

Updated Delivery Day: Sunday, March 8, 2015

## Product & Tracking Information

Postal Product:                    Extra Svc:
                                   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 9, 2015 , 7:15 am | Delivered | AUSTIN, TX 78714 |

Your item was delivered at 7:15 am on March 9, 2015 in AUSTIN, TX 78714.

| March 8, 2015 , 7:56 am | Available for Pickup | AUSTIN, TX 78714 |
| March 8, 2015 , 5:37 am | Arrived at Hub | AUSTIN, TX 78714 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

## Track Another Package

Tracking (or receipt) number

[                                    ]     Track It

HELPFUL LINKS          ON ABOUT.USPS.COM          OTHER USPS SITES          LEGAL INFORMATION
Contact Us             About USPS Home            Business Customer Gateway  Privacy Policy
Site Index             Newsroom                   Postal Inspectors          Terms of Use
FAQs                   USPS Service Updates        Inspector General          FOIA
                       Forms & Publications        Postal Explorer            No FEAR Act EEO Data
                       Government Services         National Postal Museum
                       Careers                    Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70141200000212479554        3/12/2015



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ERIC RAYON, HOOKS, INDIVIDUALLY
BY SERVING AGENT TED HOUGHTON, CHAIRMAN
TEXAS TRANSPORTATION COMMISSION
125 E. 11TH STREET
AUSTIN, TEXAS 78701

15-02-00028-CVL

2. Article Number
(Transfer from service label)   7014 1200 0002 1247 9554

PS Form 3811, February 2004        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   RANDALL TODD    MAR 09 2015

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:    ☐ No
   TEXAS DEPARTMENT OF TRANSPORTATION

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540



FILED FOR RECORD

At ·7:15 o'clock A M.

MAR 1 2 2015

MARGARITA A. ESQUEDA
COUNTY & DISTRICT CLERK
LA SALLE COUNTY, TEXAS
BY_____ DEPUTY

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGARITA A. ESQUE
COUNTY & DISTRICT CL
LA SALLE COUNTY, TEX
COURTHOUSE SQ., ST
COTULLA, TEXAS 78

USPS.com® - USPS Tracking™                                                    Page 1 of 1

English          Customer Service          USPS Mobile                                    Register / Sign In

# ≠USPS.COM

# USPS Tracking™

 Customer Service ›
Have questions? We're here to help.

Tracking Number: 70141200000212479554

**Updated Delivery Day: Sunday, March 8, 2015**

## Product & Tracking Information

Postal Product:                    Extra Svc:
                                   Certified Mail™

### Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 9, 2015 , 7:15 am | Delivered | AUSTIN, TX 78714 |

Your item was delivered at 7:15 am on March 9, 2015 in AUSTIN, TX 78714.

| March 8, 2015 , 7:56 am | Available for Pickup | AUSTIN, TX 78714 |
| March 8, 2015 , 5:37 am | Arrived at Hub | AUSTIN, TX 78714 |

## Track Another Package

Tracking (or receipt) number

[                                        ]          Track It

HELPFUL LINKS          ON ABOUT USPS.COM          OTHER USPS SITES          LEGAL INFORMATION
Contact Us             About USPS Home            Business Customer Gateway   Privacy Policy
Site Index             Newsroom                   Postal Inspectors           Terms of Use
FAQs                   USPS Service Updates        Inspector General           FOIA
                       Forms & Publications        Postal Explorer             No FEAR Act EEO Data
                       Government Services         National Postal Museum
                       Careers                    Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70141200000212479554          3/12/2015



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ERIC RAYON,HOOKS, INDIVIDUALLY
BY SERVING AGENT TED HOUGHTON, CHAIRMAN
TEXAS TRANSPORTATION COMMISSION
125 E. 11TH STREET
AUSTIN, TEXAS 78701

15-02-00028-CVL

2. Article Number (Transfer from service label)   7014 1200 0002 1247 9554

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RANDALL TODD   MAR 29 2015

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No
TEXAS DEPARTMENT OF TRANSPORTATION

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

USPS.com® - USPS Tracking™

# ⧉USPS.COM

## USPS Tracking™

 Customer Service ›
Have questions? We're here to help.

Tracking Number: 70141200000212479547

**Updated Delivery Day: Saturday, March 7, 2015**

## Product & Tracking Information

### Available Actions

Postal Product:                    Extra Svc:
                                   Certified Mail™

Text Updates

Email Updates

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 9, 2015 , 9:25 am | Delivered | HEREFORD, TX 79045 |

Your item was delivered at 9:25 am on March 9, 2015 in HEREFORD, TX 79045.

| March 7, 2015 , 7:43 am | Business Closed | HEREFORD, TX 79045 |
| March 7, 2015 , 7:14 am | Sorting Complete | HEREFORD, TX 79045 |
| March 7, 2015 , 6:56 am | Arrived at Unit | HEREFORD, TX 79045 |
| March 6, 2015 , 9:42 pm | Departed USPS Facility | AMARILLO, TX 79120 |
| March 6, 2015 , 2:43 pm | Arrived at USPS Facility | AMARILLO, TX 79120 |

## Track Another Package

Tracking (or receipt) number

Track It

HELPFUL LINKS        ON ABOUT.USPS.COM        OTHER USPS SITES        LEGAL INFORMATION
Contact Us           About USPS Home          Business Customer Gateway  Privacy Policy
Site Index           Newsroom                 Postal Inspectors         Terms of Use
FAQs                 USPS Service Updates      Inspector General         FOIA
                     Forms & Publications      Postal Explorer           No FEAR Act EEO Data
                     Government Services       National Postal Museum
                     Careers                   Resources for Developers

Copyright © 2015 USPS  All Rights Reserved.

USPS.com® - USPS Tracking™

Search or Enter a Tracking Number

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70141200000212479547          3/18/2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HOOKS TRANSPORTATION
BY SERVING ITS REGISTERED AGENT
ANN SOLOMON
ALL STATES TRUCK ACCOUNTING
436 N. SCHLEY
HEREFORD, TEXAS 79045

15-02-00028-CVL

2.  7014 1200 0002 1247 9547

PS Form 3811, February 2004          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mr. Solomon
☑ Agent
☐ Addressee

B. Received by ( Printed Name )
Mr. Ky Solomon

C. Date of Delivery
3/9/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARGARITA A. ESQUEDA
COUNTY & DISTRICT CLERK
LA SALLE COUNTY, TEXAS
COURTHOUSE SQ., STE. 107
COTULLA, TEXAS 78014

FILED FOR RECORD
At 1:05 o'clock P M.
MAR 16 2015
MARGARITA A. ESQUEDA
DISTRICT CLERK
LA SALLE COUNTY, TEXAS
BY _____ DEPUTY

# EXHIBIT 'C'

CITATION FOR PERSONAL SERVICE–Either Court–by Certified Mail

BEAR GRAPHICS 1-800-325-8094

CLERK OF THE COURT
MARGARITA A. ESQUEDA
_____ Name
COURTHOUSE SQUARE STE. 107
_____ Address
COTULLA _____ TX 78014

ATTORNEY FOR PLAINTIFF OR PLAINTIFF
WALLACE M. BRYLAK, JR.
_____ Name
15900 LA CANTERA PKWY., STE. 19245
_____ Address
SAN ANTONIO, _____ TX _____

RECEIVED BY
MAR 09 20__
COMMISSION OFFICE

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To ERIC RAYON HOOKS, INDIVIDUALLY, BY SERVING HIS AGENT TED HOUGHTON, CHAIRMAN
TEXAS TRANSPORTATION COMMISSION 125 E. 11TH STREET AUSTIN, TX _____ Defendant, Greeting:
78701

You are hereby commanded to appear by filing a written answer to the Plaintiff's _____
ORIGINAL _____ Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable _____ DISTRICT _____ Court of _____ LA SALLE _____ County, Texas at the Court House of said County in _____ COTULLA _____, Texas.

Said Plaintiff's Petition was filed in said court on the __25TH__ day of ___FEBRUARY___ A.D. 20 15, in this case, numbered __15-02-00028-CVL__ on the docket of said court, and styled,

ISRAEL VALADEZ HERNANDEZ _____ Plaintiff.

VS. ERIC RAYON HOOKS, IND. AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION ____ Defendant.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____
ORIGINAL ____ Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand seal of said court at _____ COTULLA _____, Texas this the __4TH__ day of ___MARCH___ A.D. 20 15.

Attest: *Margarita A. Esqueda*                          Clerk __DISTRICT__ Court,
MARGARITA A. ESQUEDA
LA SALLE _____ County, Texas.      By *Marisa Villarreal* , Deputy.
                                         MARISA VILLARREAL

### ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by _____ X _____ certified mail _____ Return receipt requested, a true copy of the Citation _____ .

Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.
MARISA VILLARREAL DEPUTY CLERK
* NAME OF PREPARER                          TITLE
COURTHOUSE SQUARE STE. 107
ADDRESS
COTULLA _____ TEXAS _____ 78014
CITY                STATE          ZIP
*If applicable so state N.A.

### CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ 4TH _____

day of __MARCH__ , 20 15

at ____ 4:00 ____ o'clock P M., I mailed

to ERIC RAYON HOOKS, INDIVIDUALLY

Defendant(s) by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.

MARISA VILLARREAL

DEPUTY CLERK
_____ TITLE

CAUSE NO.: 15-02-00028-CVL

RECEIVED BY
MAR 09 2015
COMMISSION OFFICE

| | | |
|---|---|---|
| ISRAEL VALADEZ HERNANDEZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 218th JUDICIAL DISTRICT |
| | § | |
| ERIC RAYON HOOKS, INDIVIDUALLY | § | |
| AND ERIC RAYON HOOKS DBA | § | |
| HOOKS TRANSPORATION | § | LA SALLE COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes Now Plaintiff, Israel Valadez Hernandez complaining of Defendants, Eric Rayon Hooks, Individually and Eric Rayon Hooks DBA Hooks Transportation and for cause of action shows:

### DISCOVERY CONTROL PLAN LEVEL

1.     Plaintiff intends that discovery be conducted under Discovery Level 3.

### PARTIES

2.     Plaintiff, Israel Valadez Hernandez is an individual residing in Laredo, Webb County, Texas.

3.     Defendant, Eric Rayon Hooks, is an individual whose last known address is 747 Woodbury Ct., Los Banos, CA 93635. Pursuant to Tex. Civ. Prac & Rem. Code Chap. 17, Subchapter D, service of Process may be obtained on Defendant by serving two (2) copies of this pleading and the citation, issued in the name of the Defendant, Eric Rayon Hooks, Individually, with the Chairman of the Texas Transportation Commission listed as the Agent of Service:

Ted Houghton, Chairman
Texas Transportation Commission
125 E. 11th Street
Austin, Texas 78701-2483

Upon receipt, the Texas Transportation Commission shall forward a copy of the process to the nonresident motorist by registered or certified mail to:

> Eric Rayon Hooks
> 747 Woodbury Ct.
> Los Banos, CA 93635

4.  Defendant, Eric Rayon Hooks DBA Hooks Transportation is a foreign corporation with its principal offices located in the State of California, and is licensed and registered as an interstate motor carrier.  Defendant Eric Rayon Hooks DBA Hooks Transportation engaged in business in the State of Texas by allowing its employee, agent, or servant to operate a motor vehicle on the roads and highways of the State of Texas and in so doing he was involved in a motor vehicle collision with Plaintiff on Interstate 35, La Salle County, Texas.  Tex. Civ. Prac. & Rem. Code §§17.041 and 17.042(2).  Defendant Eric Rayon Hooks DBA Hooks Transportation filed a form BOC-3 with the Federal Motor Carrier Safety Administration making a blanket designation naming Oklahoma Truck Plates & Process Agents, LLC, its process agent, and Oklahoma Truck Plates & Process Agents, LLC, in turn designated Anna Solomon, All States Truck Accounting, as the process agent for Defendant Hooks Transportation in the State of Texas.  Therefore, service of process on Defendant Hooks Transportation, may be made by serving its process agent:

> Ann Solomon
> All States Truck Accounting
> 436 N. Schley
> Hereford, Texas 79045,

## JURISDICTION AND VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      Venue in La Salle County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

7.      Plaintiff, Israel Valadez Hernandez states that on or about October 12, 2013, he was driving a tractor trailer southbound on Interstate 35, in La Salle County Texas.   Defendant, Eric Rayon Hooks, a principal and or employee of Hooks Transportation was driving a tractor trailer when he failed to control his speed and maintain a proper lookout.   As a result, the vehicle he was operating collided into the vehicle operated by Plaintiff.

Defendants committed acts of negligence and carelessness which were a proximate cause of the injuries and damages to Plaintiff.

## PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST ERIC RAYON HOOKS

8.      Defendant Eric Rayon Hooks had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

9.      The negligent, careless, and reckless disregard of the duty of Defendant Eric Rayon Hooks consisted of, but was not limited to, the following acts and omissions:

      a.      Failure to control speed; and
      b.      Driver inattention.

## PLAINTIFF'S CLAIM AGAINST
## HOOKS TRANSPORTATION

10.     At the time of the subject incident, and immediately prior thereto, Defendant, Eric Rayon Hooks was within the course and scope of employment for Defendant, Hooks Transportation.

11.     At the time of the subject incident, and immediately prior thereto, Defendant, Eric Rayon Hooks was engaged in the furtherance of Defendant, Hooks Transportation's business.

12.     At the time of the subject incident, and immediately prior thereto, Defendant, Eric Rayon Hooks, was engaged in accomplishing a task for which he was employed.

13.     Plaintiff invokes the doctrine of *Respondeat Superior* against Defendant, Hooks Transportation.

14.     Defendant, Hooks Transportation failed to properly train its employee, Eric Rayon Hooks.

15.     At the time and on the occasion in question and immediately prior thereto, Defendant, Hooks Transportation was guilty of negligent entrustment in that it knew or should have known that Eric Rayon Hooks was a negligent and/or reckless and/or unlicensed driver.

## DAMAGES FOR PLAINTIFF
## ISRAEL VALADEZ HERNANDEZ

16.     Plaintiff, Israel Valadez Hernandez sustained the following actual damages as a result of the actions and/or omissions of Defendant described hereinabove

    a.     Physical pain and suffering and mental anguish in the past;
    b.     Physical pain and suffering and mental anguish in the future;

c.   Physical impairment in the past;
d.   Physical impairment which, in all reasonable probability, will be
     suffered in the future;
e.   Medical expenses in the past;
f.   Medical expenses in the future;
g.   Lost wages in the past; and
h.   Loss of wage earning capacity in the future.

All of the injuries and damages sustained by Plaintiff were proximately caused by

the negligent acts of the Defendants sued herein.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Defendants

be cited and be commanded to appear and answer this lawsuit in the time and manner

prescribed by law and that upon final hearing thereon, Plaintiff be awarded a Judgment of

and against the Defendants in the sums sued for herein, for costs of Court in this behalf

expended, for prejudgment interest on the amount awarded as damages at the legal rate from

the date of accident to the date of judgment, and thereafter at the post-judgment rate until

paid, and for such other and further relief to which this Plaintiff is entitled in law and in

equity and as this Court may deem just and proper.



Respectfully submitted,

**BRYLAK & ASSOCIATES, L.L.C.**
15900 La Cantera Pkwy., Suite 19245
San Antonio, Texas 78256
Tel. (210)733-5533
Fax. (210)558-4804

By: _____

WALLACE M. BRYLAK, JR.
Texas Bar No. 03283360

*Attorneys for Plaintiff*
*Israel Valadez Hernandez*

**PLAINTIFF DEMANDS A TRIAL BY JURY**

CAUSE NO. 15-02-00028-CVL

| | | |
|---|---|---|
| ISRAEL VALADEZ HERNANDEZ | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 218TH JUDICIAL DISTRICT |
| | § | |
| ERIC RAYON HOOKS, INDIVIDUALLY | § | |
| AND ERIC RAYON HOOKS DBA | § | |
| HOOKS TRANSPORTATION | § | LA SALLE COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER, SPECIAL EXCEPTIONS, REQUEST FOR DISCLOSURE, RULE 193.7 NOTICE AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION, Defendants in the above-entitled and numbered cause, and for answer to the Plaintiff's pleading on file herein, would respectfully show unto the Court as follows:

I.

Subject to such stipulations and admissions as may hereafter be made, Defendants assert a General Denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and Defendants respectfully request that the Plaintiff be required to prove the charges and allegations against Defendants by a preponderance of the evidence as is required by the Constitution and the laws of the State of Texas.

## SPECIAL EXCEPTIONS

II.

Defendants, ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION, object and specifically except generally to Plaintiff's Original Petition in that said pleading is vague, general, and indefinitely fails to fairly apprise Defendants of the amount of money being sought in this case. Defendants move the Plaintiff to

replead stating the maximum amount sought in this case pursuant to Rule 47 of the Texas Rules of Civil Procedure.

### III.

Defendants, ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION, further specially excepts to Paragraph 9 of Plaintiff's Original Petition wherein it is alleged that Defendant's acts and omissions "... consisted of, but was not limited to ..."  Said allegation is vague and fails to apprise Defendants of the acts and omissions of which they stand charged.  Plaintiff should be ordered to replead to delete said phrase from his petition.

### AFFIRMATIVE DEFENSE

### IV.

By way of affirmative defense, Defendants contend that at the time and on the occasion in question, there was a failure on the part of the Plaintiff to exercise that degree of care which an ordinarily prudent person would have exercised under the same or similar circumstances which proximately caused or contributed to any or all of the injuries or damages sustained and Defendants invoke the doctrine of comparative and/or contributory negligence.

### V.

By way of further affirmative defense, while continuing to deny liability as indicated above, Defendants contend that the damages and injuries, if any, that Plaintiff, ISRAEL VALADEZ HERNANDEZ, is alleging is the result of a condition(s) existing before, and/or arising subsequent to the alleged occurrence in question and Plaintiff's damages, if any, are the result of a pre-existing and/or subsequent condition, accident, or occurrence, and were not proximately caused by the alleged occurrence in question.

## VI.

Defendants further assert that Plaintiff is barred from recovery by the doctrine of proportionate responsibility, or alternatively, that Plaintiff's damages should be reduced by a percentage equal to Plaintiff's percentage of responsibility pursuant to Tex. Civ. Prac. & Rem. Code Sections 33.001 and 33.012.

## VII.

Pleading further, if same be necessary, Defendants assert that any recovery of medical expenses by Plaintiff be limited to those amounts that are both reasonable and necessary and actually paid or incurred by or on behalf of the Plaintiff as mandated by Section 41.0105 of the Texas Civil Practice and Remedies Code.

## **REQUEST FOR DISCLOSURE**

## VIII.

Plaintiff is requested to disclose, within thirty (30) days of service of this request, the information or material described in Rule 194.2(a)-(l) of the Texas Rules of Civil Procedure.

## **RULE 193.7 NOTICE**

## IX.

Pursuant to Texas Rules of Civil Procedure 193.7, Defendants give notice to Plaintiff that any and all documents and things produced by Plaintiff may be used at any pretrial proceeding and/or the trial of this case without the necessity of authenticating said documents and things.

## **JURY DEMAND**

## X.

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendants hereby make demand and application for jury trial.

Defendants' Original Answer and Special Exceptions - Page 3 of 4
14-025297\Valadez Hernandez.2015-03-25 Defs Answer & Special Exceptions.docx

WHEREFORE, PREMISES CONSIDERED, Defendants, ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION, pray that upon final hearing hereof, Defendants have judgment that Plaintiff take nothing by way of this cause of action, and that Defendants go hence without day for costs.

Defendants further pray that the Court grant Defendants' Special Exceptions and that the Plaintiff's pleading be stricken if the Plaintiff fails to replead, or that the Court order such other relief to which Defendants may be justly entitled.

Respectfully submitted,

LAW OFFICE OF MARK E. MACIAS
1100 NORTHWEST LOOP 410, SUITE 370
SAN ANTONIO, TX 78213-2200
(210) 949-0166
(855) 949-1338 FACSIMILE

MARK E. MACIAS
State Bar No. 00794206
maciasm@nationwide.com

ATTORNEY FOR DEFENDANT
**ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following in accordance with the Texas Rules on the _27th_ day of March, 2015.

Wallace M. Brylak, Jr.
BRYLAK & ASSOCIATES, L.L.C.
15900 La Cantera Parkway, Suite 19245
San Antonio, TX 78256
210.733.5533
210.558.4804 Facsimile
*Attorney for Plaintiff*

MARK E. MACIAS

Defendants' Original Answer and Special Exceptions - Page 4 of 4
14-025297\Valadez Hernandez.2015-03-25 Defs Answer & Special Exceptions.docx

FILED FOR RECORD
At 4:00 o'clock P.M.
MAR 30 2015
MARGARITA A. ESGUEDA
COUNTY & DISTRICT CLERK
LA SALLE COUNTY, TEXAS
BY _____ DEPUTY

CAUSE NO. 15-02-00028-CVL

| | | |
|---|---|---|
| ISRAEL VALADEZ HERNANDEZ | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 218TH JUDICIAL DISTRICT |
| | § | |
| ERIC RAYON HOOKS, INDIVIDUALLY | § | |
| AND ERIC RAYON HOOKS DBA | § | |
| HOOKS TRANSPORTATION | § | LA SALLE COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF SETTING OF HEARING ON DEFENDANT'S SPECIAL EXCEPTIONS

PLEASE TAKE NOTICE:  The hearings for the attached Defendants' Notice of Setting of Hearing on Defendants' Special Exceptions is set for the **19**th day of **May,** 2015 at **9:00** **a.m.** in the 218th Judicial District Court of La Salle County, Texas.

Respectfully submitted,

LAW OFFICE OF MARK E. MACIAS
1100 NORTHWEST LOOP 410, SUITE 370
SAN ANTONIO, TX  78213-2200
(210) 949-0166
(855) 949-1338 FACSIMILE

_by MES_ 24089761

MARK E. MACIAS
State Bar No. 00794206
maciasm@nationwide.com

ATTORNEY FOR DEFENDANT
**ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC
RAYON HOOKS DBA HOOKS TRANSPORTATION**

FILED FOR RECORD
At 11:25 o'clock A M.

APR 28 2015

COUNTY & DISTRICT CLERK
LA SALLE COUNTY, TEXAS
BY _____ DEPUTY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following in accordance with the Texas Rules on the _22nd_ day of April, 2015.

Wallace M. Brylak, Jr.
BRYLAK & ASSOCIATES, L.L.C.
15900 La Cantera Parkway, Suite 19245
San Antonio, TX 78256
210.733.5533
210.558.4804 Facsimile
*Attorney for Plaintiff*

MARK E. MACIAS

LAW OFFICE
# MARK E. MACIAS
EMPLOYEES OF NATIONWIDE® MUTUAL INSURANCE COMPANY
NOT A LEGAL PARTNERSHIP OR PROFESSIONAL CORPORATION

MARK E. MACIAS
FREDERICK SAPORSKY, III
MICHAEL J. URBIS
M. CHAD WILLIAMS †
 †ALSO LICENSED IN ALABAMA

1100 NORTHWEST LOOP 410
SUITE 370
SAN ANTONIO, TEXAS 78213
TELEPHONE: (210) 949-0166
TOLL FREE: (800) 253-5746
FACSIMILE: (855) 949-1338

PARALEGALS
OLGA BRAVO-ESTES
PAMELA R. ROBERTSON
NANCY GODINEZ-CUELLO

April 22, 2015

Margarita Esqueda
District & County Clerk of La Salle County
101 Courthouse Square, #107
Cotulla, TX 78014

Re:   Cause Number 15-02-00028-CVL; Israel Valadez Hernandez v. Eric Rayon Hooks, Individually and Eric Rayon Hooks dba Hooks Transportation; In the 218th Judicial District Court of La Salle County, Texas; Our File Number 14-025297

Dear Ms. Esqueda,

Attached please find the original and one copy of the following:  DEFENDANTS' NOTICE OF SETTING OF HEARING ON DEFENDANTS' SPECIAL EXCEPTIONS.  Please filemark and return the copy in the self addressed envelope provided.

Thank you for your help in this matter, and should you have any questions, please do not hesitate to contact me at 210-390-3554 or my legal assistant, Pam Robertson at 210-390-3542.

Sincerely,

Mark E. Macias

MEM/prr
Enclosures

14-025297\Hernandez.2015-04-22 Ltr to Court re Defs Not Hrg on Special Exceptions.docx

Jo Ann Cervantes
District Clerk of Val Verde County
April 22, 2015
Page 2

Cc:     **Via Facsimile 210.558.4804**
        Wallace M. Brylak, JR.
        BRYLAK & ASSOCIATES, L.L.C.
        15900 La Cantera Parkway, Suite 19245
        San Antonio, TX  78256

14-025297\Hernandez.2015-04-22 Ltr to Court re Defs Not Hrg on Special Exceptions.docx



CAUSE NO.: 15-02-00028-CVL

| ISRAEL VALADEZ HERNANDEZ | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | **218th** JUDICIAL DISTRICT |
| | § | |
| ERIC RAYON HOOKS, INDIVIDUALLY | § | |
| AND ERIC RAYON HOOKS DBA | § | |
| HOOKS TRANSPORATION | § | LA SALLE COUNTY, TEXAS |

## PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Plaintiff, Israel Valadez Hernandez complaining of Defendants, Eric Rayon Hooks, Individually and Eric Rayon Hooks DBA Hooks Transportation and for cause of action shows:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 3.

### PARTIES

2.      Plaintiff, Israel Valadez Hernandez is an individual residing in Laredo, Webb County, Texas.

3.      Defendant, Eric Rayon Hooks, is an individual whose last known address is 747 Woodbury Ct., Los Banos, CA 93635. Pursuant to Tex. Civ. Prac & Rem. Code Chap. 17, Subchapter D, service of Process may be obtained on Defendant by serving two (2) copies of this pleading and the citation, issued in the name of the Defendant, Eric Rayon Hooks, Individually, with the Chairman of the Texas Transportation Commission listed as the Agent of Service:

Ted Houghton, Chairman
Texas Transportation Commission
125 E. 11th Street
Austin, Texas 78701-2483

Upon receipt, the Texas Transportation Commission shall forward a copy of the process to the nonresident motorist by registered or certified mail to:

Eric Rayon Hooks
747 Woodbury Ct.
Los Banos, CA 93635

4.      Defendant, Eric Rayon Hooks DBA Hooks Transportation is a foreign corporation with its principal offices located in the State of California, and is licensed and registered as an interstate motor carrier.  Defendant Eric Rayon Hooks DBA Hooks Transportation engaged in business in the State of Texas by allowing its employee, agent, or servant to operate a motor vehicle on the roads and highways of the State of Texas and in so doing he was involved in a motor vehicle collision with Plaintiff on Interstate 35, La Salle County, Texas.  Tex. Civ. Prac. & Rem. Code §§17.041 and 17.042(2).

## JURISDICTION AND VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      Venue in La Salle County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

7.      Plaintiff seeks monetary relief over $200,000.00 but not more than $1,000,000.00.

## FACTS

8.      Plaintiff, Israel Valadez Hernandez states that on or about October 12, 2013, he was driving a tractor trailer southbound on Interstate 35, in La Salle County Texas.  Defendant, Eric Rayon Hooks, a principal and or employee of Hooks Transportation was driving a tractor trailer when he failed to control his speed and maintain a proper lookout.  As a result, the vehicle he was operating collided into the vehicle operated by Plaintiff.

2

Defendants committed acts of negligence and carelessness which were a proximate cause of the injuries and damages to Plaintiff.

## PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST
## ERIC RAYON HOOKS

9.     Defendant Eric Rayon Hooks had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

10.     The negligent, careless, and reckless disregard of the duty of Defendant Eric Rayon Hooks consisted of the following acts and omissions:

     a.     Failure to control speed; and
     b.     Driver inattention.

## PLAINTIFF'S CLAIM AGAINST
## HOOKS TRANSPORTATION

11.     At the time of the subject incident, and immediately prior thereto, Defendant, Eric Rayon Hooks was within the course and scope of employment for Defendant, Hooks Transportation.

12.     At the time of the subject incident, and immediately prior thereto, Defendant, Eric Rayon Hooks was engaged in the furtherance of Defendant, Hooks Transportation's business.

13.     At the time of the subject incident, and immediately prior thereto, Defendant, Eric Rayon Hooks, was engaged in accomplishing a task for which he was employed.

14.     Plaintiff invokes the doctrine of *Respondeat Superior* against Defendant, Hooks Transportation.

15.     Defendant, Hooks Transportation failed to properly train its employee,

3

Eric Rayon Hooks.

16.     At the time and on the occasion in question and immediately prior thereto, Defendant, Hooks Transportation was guilty of negligent entrustment in that it knew or should have known that Eric Rayon Hooks was a negligent and/or reckless and/or unlicensed driver.

### DAMAGES FOR PLAINTIFF
### ISRAEL VALADEZ HERNANDEZ

17.     Plaintiff, Israel Valadez Hernandez sustained the following actual damages as a result of the actions and/or omissions of Defendant described hereinabove

- a.   Physical pain and suffering and mental anguish in the past;
- b.   Physical pain and suffering and mental anguish in the future;
- c.   Physical impairment in the past;
- d.   Physical impairment which, in all reasonable probability, will be suffered in the future;
- e.   Medical expenses in the past;
- f.   Medical expenses in the future;
- g.   Lost wages in the past; and
- h.   Loss of wage earning capacity in the future.

All of the injuries and damages sustained by Plaintiff were proximately caused by the negligent acts of the Defendants sued herein.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Defendants be cited and be commanded to appear and answer this lawsuit in the time and manner prescribed by law and that upon final hearing thereon, Plaintiff be awarded a Judgment of and against the Defendants in the sums sued for herein, for costs of Court in this behalf expended, for prejudgment interest on the amount awarded as damages at the legal rate from the date of accident to the date of judgment, and thereafter at the post-judgment rate until

paid, and for such other and further relief to which this Plaintiff is entitled in law and in equity and as this Court may deem just and proper.

Respectfully submitted,

**BRYLAK & ASSOCIATES, L.L.C.**
15900 La Cantera Pkwy., Suite 19245
San Antonio, Texas 78256
Tel. (210)733-5533
Fax. (210)558-4804

By: _____

WALLACE M. BRYLAK, JR.
Texas Bar No. 03283360

*Attorneys for Plaintiff*

## PLAINTIFF DEMANDS A TRIAL BY JURY

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded pursuant to the Texas Rules of Civil Procedure on this the *30th* day of *April,* 2015 to the following:

*Via telefax transmission to: 210.949.1338*

Mr. Mark E. Macias
LAW OFFICE OF MARK E. MACIAS
1100 Northwest Loop 410, Suite 370
San Antonio, Texas 78213

*Attorneys for Defendant*
*Eric Rayon Hooks, Individually and*
*Eric Rayon Hooks, DBA Hooks Transportation*

_____

WALLACE M. BRYLAK, JR.

5

LAW OFFICE

# MARK E. MACIAS

*EMPLOYEES OF NATIONWIDE® MUTUAL INSURANCE COMPANY*
*NOT A LEGAL PARTNERSHIP OR PROFESSIONAL CORPORATION*

MARK E. MACIAS
FREDERICK SAPORSKY, III
MICHAEL J. URBIS
M. CHAD WILLIAMS †
  †ALSO LICENSED IN ALABAMA

1100 NORTHWEST LOOP 410
SUITE 370
SAN ANTONIO, TEXAS 78213
TELEPHONE: (210) 949-0166
TOLL FREE: (800) 253-5746
FACSIMILE: (855) 949-1338

PARALEGALS
OLGA BRAVO-ESTES
PAMELA R. ROBERTSON
NANCY GODINEZ-CUELLO

May 15, 2015

Margarita Esqueda
District & County Clerk of La Salle County
101 Courthouse Square, #107
Cotulla, TX 78014

Re:   Cause Number 15-02-00028-CVL; Israel Valadez Hernandez v. Eric Rayon Hooks, Individually and Eric Rayon Hooks dba Hooks Transportation; In the 218th Judicial District Court of La Salle County, Texas; Our File Number 14-025297

Dear Ms. Esqueda,

This correspondence is to request a copy of the docket sheet in this case and a copy of the executed service of citation showing when service was perfected on the Defendant. This can be faxed to our office at 855.949.1338 or emailed to my legal assistant, at robertp2@nationwide.com.

Thank you for your help in this matter, and should you have any questions, please do not hesitate to contact me at 210-390-3554 or my legal assistant, Pam Robertson at 210-390-3542.

Sincerely,

Mark E. Macias

MEM/prr

*[handwritten note:] Docket sheet not sent — we only put orders on them!*

14-025297\Hernandez.2015-05-15 Ltr to Court Requesting Docket Sheet.docx

# EXHIBIT 'D'

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ISRAEL VALADEZ HERNANDEZ | § | |
|     *Plaintiff,* | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO._____ |
| | § | |
| ERIC RAYON HOOKS, INDIVIDUALLY AND | § | |
| ERIC RAYON HOOKS DBA HOOKS | § | |
| TRANSPORTATION | § | |
|     *Defendant.* | § | |

**LIST OF ALL COUNSEL OF RECORD**

Wallace M. Brylak, Jr.
State Bar #03283360
BRYLAK & ASSOCIATES, L.L.C.
15900 La Cantera Parkway, Suite 19245
San Antonio, TX  78256
210.733.5533
866.883.5533 Toll Free
210.558.4804 Facsimile
wbrylak@brylaklaw.com

ATTORNEYS FOR PLAINTIFF

Michael J. Urbis
State Bar #20414130
LAW OFFICE OF MARK E. MACIAS
1100 Northwest Loop 410, Suite 370
San Antonio, TX  78213-2200
210.949.0166
210.390.3545 Direct Line
855.949.1338 Facsimile
urbism1@nationwide.com

ATTORNEY FOR DEFENDANT

EXHIBIT 'E'

CAUSE NO. 15-02-00028-CVL

| | | |
|---|---|---|
| ISRAEL VALADEZ HERNANDEZ | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 218TH JUDICIAL DISTRICT |
| | § | |
| ERIC RAYON HOOKS, INDIVIDUALLY | § | |
| AND ERIC RAYON HOOKS DBA | § | |
| HOOKS TRANSPORTATION | § | LA SALLE COUNTY, TEXAS |

## NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. §§ 1332 and 1446, you are hereby notified that on May 20, 2015, Defendant **ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION** filed their *Defendants' Notice of Removal* in the United States District Court for the Southern District of Texas, Laredo Division, to remove this state-court proceeding to federal court. A copy of the Notice is attached hereto as Exhibit "A" and should be filed by you with the papers in this cause. Upon the filing of the Notice of Removal, removal has been effected pursuant to 28 U.S.C. §1446(d).

Respectfully submitted,

LAW OFFICE OF MARK E. MACIAS
1100 NORTHWEST LOOP 410, SUITE 370
SAN ANTONIO, TX  78213-2200
(210) 949-0166
(855) 949-1338 FACSIMILE

/S/ MICHAEL J. URBIS

MICHAEL J. URBIS
State Bar No. 20414130
urbism1@nationwide.com

ATTORNEY FOR DEFENDANT
**ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION**

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been forwarded to the following in accordance with the Texas Rules on the _____ day of May, 2015.

    Wallace M. Brylak, Jr.
    BRYLAK & ASSOCIATES, L.L.C.
    15900 La Cantera Parkway, Suite 19245
    San Antonio, TX  78256
    210.733.5533
    210.558.4804 Facsimile
    wbrylak@brylaklaw.com
    *Attorney for Plaintiff*


        _____
        MICHAEL J. URBIS