UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ISRAEL VALADEZ HERNANDEZ<br>*Plaintiff,*<br><br>V.<br><br>ERIC RAYON HOOKS, INDIVIDUALLY<br>AND ERIC RAYON HOOKS DBA<br>HOOKS TRANSPORTATION<br>*Defendants.* | § § § § § § § § § § | CIVIL ACTION NO. 5:15-CV-00107 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS UNITED STATES DISTRICT COURT:

COME NOW **ISRAEL VALADEZ HERNANDEZ** (hereinafter, "Plaintiff") and **ERIC RAYON HOOKS, INDIVIDUALLY AND ERIC RAYON HOOKS DBA HOOKS TRANSPORTATION** (hereinafter, "Defendants"), Plaintiff and Defendants, respectively, in the above-entitled and numbered cause, and file this their *Joint Stipulation of Dismissal with Prejudice*, and for same would show unto the Court as follows:

I.

1. Plaintiff and Defendants hereby jointly notify and stipulate to the Court that all matters in controversy between them have been fully and completely resolved and settled.

2. Plaintiff and Defendants further hereby jointly notify and stipulate to the Court that any and all claims and causes of action asserted, or which could have been asserted, by Plaintiff against Defendants in the above-entitled and numbered lawsuit are hereby dismissed with prejudice as to Plaintiff's right to reinstate or re-file against Defendants any of the aforementioned claims or causes of action, pursuant to Federal Rule of Civil Procedure 41(a).

3.  Plaintiff and Defendants further hereby jointly notify and stipulate to the Court that each party will bear its own fees and costs of court.

Respectfully submitted,

*[signature]*

Wallace M. Brylak, Jr.
Texas State Bar No. 03283360
BRYLAK & ASSOCIATES, LLC
15900 La Cantera Parkway, Suite 19245
San Antonio, Texas 78256
(210) 733-5533
(210) 558-4804 Facsimile
Email: wbrylak@brylaklaw.com
*ATTORNEY FOR PLAINTIFF,*
*ISRAEL VALADEZ HERNANDEZ*

– and –

*[signature]*

MICHAEL URBIS
Texas State Bar No. 20414130
LAW OFFICE OF MARK E. MACIAS
1100 NW Loop 410, Suite 370
San Antonio, Texas 78213
(210) 949-0166
(8550 949-1338 Facsimile
*ATTORNEY FOR DEFENDANTS,*
*ERIC RAYON HOOKS, INDIVIDUALLY AND*
*ERIC RAYON HOOKS DBA HOOKS*
*TRANSPORTATION*